IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-561-BO

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, <br>     Plaintiff, <br><br> v. <br><br> MIN LU and YING YING YANG, <br>     Defendants. | ORDER |

This cause comes before the Court on plaintiff's motion for summary judgment. [DE 61]. A hearing was held before the undersigned at Raleigh, North Carolina on March 21, 2018. As was discussed at the hearing, disputed issues of material fact exist between the parties. Accordingly, plaintiff's motion is DENIED.

SO ORDERED, this the 21 day of March, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE